PENNSYLVANIA COAL CO. *v.* DOUGLAS and others.

(*District Court, N. D. Illinois.* March 9, 1885.)

This case is in all respects similar to *Lehigh Valley Coal Co.* v. *Hamblen, ante,* 225, and the bill is dismissed for the reasons already given.